# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-5038** | **September Term, 2022** |
| | 1:20-cv-03460-DLF |
| | Filed On: August 24, 2023 [2013986] |

Carter Page,

      Appellant

  v.

James B. Comey, et al.,

      Appellees

### O R D E R

Upon consideration of appellant's consent motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 10, 2023 |
| Appellees' Brief | December 20, 2023 |
| Appellant's Reply Brief | January 17, 2024 |
| Deferred Appendix | February 7, 2024 |
| Final Briefs | February 21, 2024 |

      **FOR THE COURT:**
      Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk