<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CARTER W. PAGE, *Appellant,* v. JAMES COMEY, *et al.*, *Appellees*. | No. 23-5038 |

**APPELLANT'S CONSENT MOTION TO
EXTEND TIME TO FILE OPENING BRIEF**

Pursuant to Circuit Rule 28(e), Appellant Carter W. Page respectfully requests that the Court extend the deadline to file his opening brief. After receiving one extension of time, Appellant's opening brief is currently due by October 10, 2023. For the reasons set forth below, Appellant requests that the Court extend this deadline by three weeks, to October 31, 2023. The parties have conferred, and Appellees consent to the requested extension.

There is good cause to grant the requested extension. In this case, Dr. Page appeals the District Court's decision granting Appellees' Motion to Dismiss. As Dr. Page will demonstrate, the District Court failed to apply the proper legal standards in reviewing his claims brought pursuant to the Foreign Intelligence Surveillance

Act and USA Patriot Act. Considering the significant and complicated issues of first impression raised in this appeal, additional time is needed to ensure that Dr. Page can provide the Court with a thorough explanation of the correct legal standards and how Appellees' conduct failed to satisfy their obligations under federal law.

Although Appellant has been working diligently on his opening brief, the press of other matters and unforeseen external circumstances has complicated those efforts. In particular, Appellant's counsel who was primarily responsible for the drafting of Appellant's opening brief has experienced a family emergency that requires other counsel to pick up that work.[1] But those efforts have been complicated by the press of other matters.

In particular, counsel for Appellant has been substantially occupied in recent weeks with other matters. For instance, counsel for Appellant filed another brief on October 2, 2023, which required significant time over the past weeks. *See* Br. for Indep. Women's L. Ctr. as Amicus Curiae Supporting Appellants, *L.M. v. Town of Middleborough*, No. 23-1535, 23-1645 (1st Cir. Oct. 2, 2023). And counsel for Appellant must devote substantial time to several other briefs due in this Court this

---

[1] Appellant understands that Circuit Rule 28(e) requires motions to extend briefing deadlines to be filed at least 7 days before the brief is due. Appellant recognizes the important role that such rules play in ensuring the Court can manage its docket. Appellant is filing this motion fewer than 7 days ahead of the current deadline because the exceptional circumstances here only became apparent on October 3, 2023. And, as this is a consent motion and oral argument is not yet scheduled, Appellant requests that the clerk grant this request pursuant to Circuit Rule 28(e)(2).

month. *See State of Georgia v. Dep't of Just.*, No. 23-5083 (D.C. Cir.) (Brief due October 20, 2023); *Project for Privacy and Surveillance Accountability v. Dep't of Just.*, No. 22-5303 (D.C. Cir.) (Brief due October 23, 2023).

Additionally, another court recently scheduled a preliminary-injunction hearing on short notice that required counsel for Appellant to divert their attention to that matter. *See In re SB 202*, No. 1:21-mi-55555-JPB (N.D. Ga.). In that same proceeding, counsel for Appellant are currently drafting multiple summary judgment motions due later this month. Counsel for Appellant also have been substantially occupied with recently imposed class discovery obligations in another matter. *See Sambrano v. United Airlines*, No. 4:21-cv-01074-P (N.D. Tex.).

Granting the requested extension will ensure that counsel for Appellant can devote sufficient time to these matters and allow Appellant to provide this Court with a detailed analysis of the issues raised in this appeal, including issues of first impression. Thus, Appellant requests, with the consent of all other parties, that the Court grant this Motion and extend all pending deadlines by 3 weeks:

- Appellant's brief due by October 31, 2023.
- Appellees' brief due by January 10, 2024.
- Appellant's reply brief due by February 7, 2024.
- Deferred appendix due by February 28, 2024.
- Final briefs due by March 13, 2024.

3

                                        Respectfully Submitted,

                                        *s/ Gene C. Schaerr*
                                        Gene C. Schaerr
                                            *Counsel of Record*
                                        Brian J. Field
                                        SCHAERR | JAFFE LLP
                                        1717 K Street NW, Suite 900
                                        Washington, DC 20006
                                        (202) 787-1060
                                        gschaerr@schaerr-jaffe.com
                                        bfield@schaerr-jaffe.com

                                        *Counsel for Appellant*

October 5, 2023

## CERTIFICATE OF COMPLIANCE

      I hereby certify that the foregoing Unopposed Motion to Extend Time to File a Brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) & (6) and the 5,200-word type-volume limitation of Fed. R. App. P. 27(d)(2)(A) in that it uses Times New Roman 14-point type and contains 630 words. The number of words was determined through the word-count function of Microsoft Word.

                                  */s/ Gene C. Schaerr*
                                  Gene C. Schaerr

## ANTI-VIRUS CERTIFICATION

      I hereby certify that the foregoing Motion submitted in PDF format via the ECF system was scanned using the current version of Microsoft Defender and no viruses or other security risks were found.

                                  */s/ Gene C. Schaerr*
                                  Gene C. Schaerr

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(d) and Cir. R. 25, that on October 5, 2023, the following was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

> */s/ Gene C. Schaerr*
> Gene C. Schaerr