# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5038**                         **September Term, 2023**

**1:20-cv-03460-DLF**

**Filed On: October 6, 2023** [2020825]

Carter Page,

      Appellant

  v.

James B. Comey, et al.,

      Appellees

## O R D E R

Upon consideration of appellant's consent motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 31, 2023 |
| Appellees' Brief | January 10, 2024 |
| Appellant's Reply Brief | February 7, 2024 |
| Deferred Appendix | February 28, 2024 |
| Final Briefs | March 13, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk