UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CARTER W. PAGE,<br><br>               Plaintiff/Appellant,<br><br>v.<br><br>JAMES COMEY, *et al.*,<br><br><br>               Defendants/Appellees. | No. 23-5038<br><br>On Appeal from the United States District Court for the District of Columbia<br>Case No. 1:20-cv-03460-DLF<br><br>**ORAL ARGUMENT NOT YET SCHEDULED** |

## <u>INDIVIDUAL APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE INDIVIDUAL APPELLEES' BRIEF</u>

Pursuant to this Court's Circuit Rule 28(e), Appellees James B. Comey, Andrew McCabe, Kevin Clinesmith, Peter Strzok, Lisa Page, Joe Pientka III, Stephen Somma, and Brian J. Auten (collectively, "Individual Appellees") respectfully request that the Court extend the deadline to file a brief on behalf of Individual Appellees. Per a Clerk's Order filed October 6, 2023, Appellees' briefs are currently due by January 10, 2024. For the reasons set forth below, Individual Appellees seek to extend their deadline to file their brief by 30 days. The parties have conferred; Appellant Carter Page consents to the requested extension, while Appellees the Department of Justice, the Federal Bureau of Investigation, and the

United States Department of Justice (collectively, "Government Appellees") do not take a position.

By way of background, Individual Appellees and Government Appellees intend to file separate briefs in this case. This is permitted by a Per Curiam Order filed July 19, 2023, wherein the Court adopted a briefing format allowing Appellees collectively to file no more than two separate briefs of no more than 17,000 words in the aggregate.

Individual Appellees assert there is good cause to grant the requested extension for Individual Appellees' brief. The vast majority of Appellant's brief is directed towards Appellant's claims against the Individual Appellees. In his Opening Brief, Appellant Carter Page challenges the decision by the United States District Court for the District of Columbia dismissing his Second Amended Complaint against Government Appellees and Individual Appellees, which alleged violations of the Foreign Intelligence Surveillance Act ("FISA"), the Federal Tort Claims Act, and the PATRIOT Act. The allegations stem generally from applications by Government Appellees for four FISA warrants and the resulting electronic surveillance therefrom.

The vast majority of Appellant's Opening Brief addresses the alleged conduct and liability of Individual Appellees. In doing so, Appellant reframes many of the issues he raised before the District Court, and levels factually and legally distinct

allegations against each of the Individual Appellees, each of whom is represented by their own counsel due to their distinct interests. Because Individual Appellees are submitting a single joint brief, all eight individuals and their counsel must coordinate their responses to each argument, which has and will continue to take a significant amount of time. Additionally, a large portion of Individual Appellees' time to respond falls over multiple holidays which further complicates Individual Appellees' coordination.

Although the Individual Appellees are diligently working on their response, they request additional time to respond to each of Appellant's arguments fully. Granting additional time to respond to Appellant's Opening Brief will aid the Court by allowing the Individual Appellees to effectively coordinate their responses and to provide the Court with a comprehensive analysis of each of the issues raised in Appellant's brief. Therefore, Individual Appellees—with the consent of Appellant Carter Page—respectfully request that the Court grant this Motion for Extension of Time and extend Individual Appellees' deadline and all deadlines thereafter by thirty days. This Motion does not seek to extend the Government Appellees' deadline. Thus, the requested amended deadlines are as follows:

- **Individual Appellees' Brief**: February 9, 2024

- **Appellant's Reply Brief**: March 8, 2024

- **Deferred Appendix**: March 29, 2024

- **Final Briefs**: April 12, 2024

Dated:  December 6, 2023

/s/ William Pittard
William Pittard (#482949)
Sarah Fink (#166663)
KAISERDILLON PLLC
1099 14th Street, NW, 8th Floor West
Washington, DC 20005
Telephone:  (202) 640-2850
Fax:  (202) 280-1034
wpittard@kaiserdillon.com
sfink@kaiserdillon.com

*Counsel for Appellee Kevin E. Clinesmith*

/s/ Brigida Benitez
Brigida Benitez (#446144)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-3000
Fax:  (202) 429-3902
bbenitez@steptoe.com

*Counsel for Appellee Andrew McCabe*

Respectfully submitted,

*/s/ David N. Kelley*
David N. Kelley (#2084135)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 100036-6797
Tel: (212) 698-3580
Fax: (212) 698-3599
david.kelley@dechert.com

Amisha R. Patel (#1005420)
DECHERT LLP
1900 K Street, NW
Washington, D.C. 20006
Tel: (202) 261-3374
Fax: (202) 261-3333
amisha.patel@dechert.com

Stormie Mauck (#328048)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2516
Fax: (215) 994-2222
stormie.mauck@dechert.com

*Counsel for Appellee James B. Comey*

/s/ Meaghan VerGow
Meaghan VerGow (#977165)
Andrew R. Hellman (#1723887)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com
andrewhellman@omm.com

*Counsel for Appellee Stephen Somma*

/s/ James M. Koukios
James M. Koukios (#477072)
Joseph R. Palmore (#465811)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Fax: (202) 887-0763
JKoukios@mofo.com
JPalmore@mofo.com

Alexandra M. Avvocato (#5829775)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 336-4149
Fax: (202) 887-0763
AAvvocato@mofo.com

*Counsel for Appellee Joe Pientka III*

/s/ Patrick F. Linehan
Patrick F. Linehan (#472183)
Brian M. Heberlig (#455381)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
plinehan@steptoe.com
bheberlig@steptoe.com

*Counsel for Appellee Brian J. Auten*

/s/ Robert J. Katerberg
Robert J. Katerberg (#466325)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
robert.katerberg@arnoldporter.com

*Counsel for Appellee Lisa Page*

/s/ Aitan Goelman
Aitan Goelman (#446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Fax: (202) 822-8106
agoelman@zuckerman.com

*Counsel for Appellee Peter Strzok*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Unopposed Motion to Extend Time to File a Brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) & (6) and the 5,200-word type-volume limitation of Fed. R. App. P. 27(d)(2)(A) in that it uses Times New Roman 14-point type and contains 530 words. The number of words was determined through the word-count function of Microsoft Word.

*/s/ David N. Kelley*
David N. Kelley

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system on December 6, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  December 6, 2023              */s/ David N. Kelley*
                                      David N. Kelley