# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5038**                                                    **September Term, 2023**

**1:20-cv-03460-DLF**

**Filed On: December 7, 2023** [2030523]

Carter Page,

        Appellant

   v.

James B. Comey, et al.,

        Appellees

## O R D E R

Upon consideration of Individual Appellees' motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief(s) | February 9, 2024 |
| Appellant's Reply Brief | March 8, 2024 |
| Deferred Appendix | March 29, 2024 |
| Final Briefs | April 12, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk