# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5038**                                  **September Term, 2024**

**1:20-cv-03460-DLF**

**Filed On: September 6, 2024** [2073530]

Carter Page,

       Appellant

   v.

James B. Comey, et al.,

       Appellees

   **BEFORE:**    Circuit Judges Henderson, Pillard, and Childs

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 6, 2024 at 9:31 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Gene C. Schaerr, counsel for Appellant.

  David N. Kelley, counsel for Individual Appellees.

  Benjamin M. Shultz (DOJ), counsel for Government Appellees.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                           BY:    /s/
                                     Anne A. Rothenberger
                                     Deputy Clerk