# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5038**                  **September Term, 2024**
FILED ON: MAY 23, 2025

CARTER PAGE,
        APPELLANT

v.

JAMES B. COMEY, ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-03460)

---

Before: HENDERSON, PILLARD, and CHILDS, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of Carter Page's Foreign Intelligence Surveillance Act and Patriot Act claims pursuant to Federal Rule of Civil Procedure 12(b)(6) as time-barred be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                 BY:    /s/

                               Daniel J. Reidy
                               Deputy Clerk

Date: May 23, 2025

Opinion for the court filed by Circuit Judge Childs.
Opinion concurring in part and dissenting in part filed by Circuit Judge Henderson.